IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD W. DUNCAN                                                                    PLAINTIFF

v.                                          No. 4:06CV01296 GH

BENTON POLICE DEPARTMENT                                                DEFENDANT

## JUDGMENT

In accordance with the separate order filed this date granting defendant's motion to dismiss, judgment is hereby entered in favor of defendant.

DATED this 16th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE